IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JOSEPH E. WALKER, #189 482    *

    Petitioner,    *

    v.    *    3:07-CV-62-WHA

GRANT CULLIVER, WARDEN,    *
*et al.*,
       *

    Respondents.

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby GRANTED.

Done, this 23rd day of January 2007.

          /s//Terry F. Moorer
          TERRY F. MOORER
          UNITED STATES MAGISTRATE JUDGE