**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Troy King
   Attorney General for the
   State of Alabama
   11 South Union Street
   Montgomery, AL 36130

   07cv62

2. Article Number
   (Transfer from service label)   7006 2760 0002 8183 4989

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _S. Givner_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   S. Givner                    1/24/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540