IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JOSEPH E. WALKER, #189 482      *

    Petitioner,      *

    v.      *      3:07-CV-62-WHA

GRANT CULLIVER, WARDEN,      *
*et al.*,
          *

    Respondents.

_____

**ORDER ON MOTION**

Respondents filed a Motion for Extension of Time on February 12, 2007. Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 7), is GRANTED; and

2. Respondents are GRANTED an extension from February 12, 2007 to March 5, 2007 to file their answer.

Done, this 13th day of February 2007.

                                /s//Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE