# #3:07-cv-00062-WHA

# DOCUMENT #12
# MOTION FOR EXTENSION OF TIME
# TO COMPLETE DISCOVERY
# IS
# STRICKEN FROM THE RECORD.

# (FILED ERRONEOUSLY
# IN WRONG CASE)