**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

August 8, 2007

# NOTICE OF CORRECTION

**To:**              All Counsel of Record

**From:**         Clerk's Office

**Case Style:**   Joseph E. Walker v. Grantt Culliver, et al.

**Case Number:**   #3:07-cv-00062-WHA

**Referenced Pleading:**   Document #12
                           Motion for Extension of Time to Complete Discovery

The referenced pleading filed on 8/7/2007 was filed in the wrong case.

Therefore, Document #12 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.