# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH E. WALKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 3:07-CV-00062-WHA |
| WARDEN GRANTT CULLIVER; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King and Grantt Culliver, by and through Counsel named below, and make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 00-3047:

Troy King and Grantt Culliver, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under § 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of Holman Correctional Facility possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

                                                s/Madeline Hinson Lewis
                                                Madeline Hinson Lewis
                                                Counsel for Respondents, Troy King and
                                                Grantt Culliver

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Joseph E. Walker
> AIS # 189482
> Homan Correctional Facility
> Holman 3700
> Atmore, Alabama, 36503-3700

>                        /s/ Madeline Hinson Lewis
>                        Madeline Hinson Lewis (HIN032)


ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300
Fax:  (334) 242-2848
E-Mail: Mlewis@ago.state.al.us

378852/104344-001