THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH E. WALKER, #189482, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:07-CV-62-WHA |
| | ) | [WO] |
| | ) | |
| GRANT CULLIVER, WARDEN, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

# **ORDER**

On November 3, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. 17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 17) of the Magistrate Judge is ADOPTED;

2. This 28 U.S.C. § 2254 petition for habeas corpus relief filed by Joseph E. Walker on January 17, 2007 be DENIED, as Walker failed to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2254(d)(1).

3. This case be DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this 21st day of November, 2008.

/s/ W. Harold Albritton

SENIOR UNITED STATES DISTRICT JUDGE