THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOSEPH E. WALKER, #189482, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 3:07-CV-62-WHA |
| ) | [WO] |
| ) | |
| GRANT CULLIVER, WARDEN, *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED with prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this   21st   day  of November, 2008.


 /s/ W. Harold Albritton

SENIOR UNITED STATES DISTRICT JUDGE